

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00721-CV

**HARVEY V. RISIEN, LLC** and Harvey V. Risien,
Appellants

v.

**MISSARK INVESTMENTS GP, LLC**, Missark Investments LP, JH Design LP, and GM GP
Management, LLC,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15535
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The parties have filed an Agreed Motion to Abate Appeal. *See* TEX. R. APP. P. 42.1(a)(2)(C). The motion is GRANTED. It is ORDERED that this appeal is ABATED until February 18, 2019 to permit the parties to finalize their settlement agreement. All appellate deadlines are suspended until February 18, 2019. After that time, either appellants, or the parties jointly, must file a motion to dismiss the appeal due to settlement, or if the settlement is not finalized, a motion to reinstate the appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court